THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>MEKAYDA D. JONES,<br><br>                Defendant. | CRIMINAL CASE NO. 21-00019-7<br><br>ORDER |

This matter comes before the Court on Defendant's motion for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29(c) (Dkt. No. 201). Defendant was recently convicted of Conspiracy to Commit Wire Fraud, 14 counts of Wire Fraud, and Conspiracy to Launder Monetary Instruments. (*See* Dkt. Nos. 182, 185.) She now contends that the Government presented insufficient evidence to sustain each conviction. (*See* Dkt. No. 201 at 6–9.) Specifically, Defendant takes issue with whether the evidence presented supporting Defendant's required knowledge and/or intent for each crime was sufficient to establish this element for a jury beyond a reasonable doubt. (*Id.*)[1] In light of the evidence presented at trial, namely video excerpts of Defendant's interview with FBI agents and relevant bank records, the

---

[1] When faced with a Rule 29 challenge, the Court must decide whether, viewing the evidence in the light most favorable to the Government, any rational trier of fact could have found each of the essential elements of the crime beyond a reasonable doubt. *Jackson v. Virginia*, 443 U.S. 307, 319 (1979); *United States v. Nevils*, 598 F.3d 1158, 1163–64 (9th Cir. 2010).

ORDER
CRIMINAL CASE NO. 21-00019-7
PAGE - 1

Court finds that a rational trier of fact could, in fact, have found that the Government established this element for each crime charged beyond a reasonable doubt. Accordingly, Defendant's motion is DENIED.

DATED this 28th day of February 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE